OPINION — AG — SENATE BILL NO. 233 — KEY WORDS: LAND AREA, ELECTION, COUNTY COMMISSIONER, LAWS, PRIMARY ELECTIONS, GENERAL ELECTIONS, FEDERAL DECENNIAL CENSUS, CANDIDATES, COUNTY COMMISSIONER DISTRICT, NOMINATED BY THE ELECTORS CONCLUSION: SENATE BILL NO. 233, 30TH LEGISLATURE, IF ENACTED, WOULD CONFLICT WITH ARTICLE V, SECTION 46 AND ARTICLE V, SECTION 59 AND WOULD BE UNCONSTITUTIONAL. CITE: OPINION NO. 63-481, 19 O.S. 1961 131 [19-131](C) (CHARLES NESBITT)